IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-02526-MSK-MJW

UNITED STATES OF AMERICA,

       Plaintiff,

v.

$2,866.00 IN UNITED STATES CURRENCY,

       Defendant.

## ORDER AND NOTICE OF HEARING ON LAW AND MOTION CALENDAR

The following matter is set for hearing on the law and motion calendar of Judge Marcia S. Krieger to be held on **Thursday, March 22, 2007 at 8:30 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The matter is set for a non-evidentiary hearing of not more than 15 minutes. Counsel shall *bring their calendars.*

The parties shall be prepared to address scheduling of further matters in this case.

Dated this 4th day of January, 2007

                                                   **BY THE COURT:**

                                                   Marcia S. Krieger
                                                   United States District Judge