IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-02526-MSK-MJW

UNITED STATES OF AMERICA,

       Plaintiff,

v.

$2,866.00 IN UNITED STATES CURRENCY,

       Defendant.

---

## ORDER AND NOTICE OF HEARING ON LAW AND MOTION CALENDAR

---

     The following matter is set for hearing on the law and motion calendar of Judge Marcia S. Krieger to be held on **Thursday, March 22, 2007 at 8:30 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.  The matter is set for a non-evidentiary hearing of not more than 15 minutes.  Counsel shall *bring their calendars.*

     The parties shall be prepared to address scheduling of further matters in this case.

     Dated this 4th day of January, 2007

               **BY THE COURT:**

               *Marcia S. Krieger*

               _____

               Marcia S. Krieger
               United States District Judge