IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-02526-MSK-MJW

UNITED STATES OF AMERICA,

      Plaintiff,

v.

$2,866.00 IN UNITED STATES CURRENCY,

      Defendant.

---

## ORDER

---

THIS MATTER is before the Court on the United States' Unopposed Motion to Vacate and Reset Hearing on Law and Motion Calendar **(#11).** The Court being fully advised in the foregoing,

**ORDERS** that the Motion **(#11) is GRANTED**. The hearing currently scheduled to commence March 22, 2007 is **VACATED** and **RESET to April 13, 2007 at 4:30 p.m.** in Courtroom A901, 901 19th Street, Denver, Colorado.

Dated this 26th day of February, 2007

      **BY THE COURT:**

      *Marcia S. Krieger*
      _____

      Marcia S. Krieger
      United States District Judge